# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Thomas R. Zorrer, | C/A No.: 1:16-3085-PMD-SVH |
| Plaintiff, | |
| vs. | |
| Spartanburg County Detention Center; Sheriff Chuck Wright; Major Neil Urch; Ms. Ashley McCann; Captain Garcia; Deputy Jacob Brock; Deputy Greene; Deputy Preltlove; Deputy Nichols; Deputy Britt; Deputy Thomas; Deputy Ballew; Deputy Cooper; Deputy Rigsby; Deputy Wright; Deputy McCreary; Deputy Benstead; Ms. K. White; Nurse D. Simmons; Nurse Sonya; Deputy Rollins; and Victoria Carswell, | REPORT AND RECOMMENDATION |
| Defendants. | |

Thomas R. Zorrer ("Plaintiff"), proceeding pro se, filed this action on September 9, 2016. [ECF No. 1]. On May 5, 2017, Defendants filed a motion for summary judgment. [ECF No. 41]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file an adequate response by June 8, 2017. [ECF No. 42]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted. *Id*. On June 8, 2017, the undersigned extended Petitioner's deadline, granting him until July 10, 2017, to respond to Defendants' motion. [ECF No. 47]. Notwithstanding the specific warning and

instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to the motion.

On July 20, 2017, the court ordered Plaintiff to advise by August 3, 2017, whether he wished to continue with the case. [ECF No. 49]. Plaintiff has filed no response. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, the undersigned recommends this action be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO RECOMMENDED.

August 8, 2017　　　　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　　　　United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

> Robin L. Blume, Clerk
> United States District Court
> 901 Richland Street
> Columbia, South Carolina 29201

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).